520 P.2d 850

**Jose R. RODRIGUEZ, Petitioner,**

**v.**

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Magma Copper Company, Respondent Employer,**

**State Compensation Fund, Respondent Carrier.**

**No. 11279–PR.**

Supreme Court of Arizona.

March 20, 1974.

ORDERED: Vacating the order heretofore entered granting petition for review.

FURTHER ORDERED: Denying said petition for review.